# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTONE JERMAINE TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3081

[March 17, 2022]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312012CF000423A.

Antone Jermaine Taylor, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***